|                                    |     |                     |
|------------------------------------|-----|---------------------|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * * | IN THE SUPREME COURT |
|                                    | *   | OF MARYLAND         |
| v.                                 | *   | AG No. 24           |
| GERARD THOMAS MCDONOUGH            | *   | September Term, 2025 |

O R D E R

Upon consideration of the joint petition to transfer the respondent to disability inactive status pursuant to Maryland Rule 19-736, it is this 24th day of November 2025, by the Supreme Court of Maryland,

ORDERED that the joint petition to transfer the respondent to disability inactive status is granted; and it is further

ORDERED that, pursuant to Maryland Rule 19-736(c), Gerard Thomas McDonough is hereby transferred to disability inactive status pending further order of this Court; and it is further

ORDERED that the Clerk of this Court shall send notice of this Order in accordance with Maryland Rule 19-761.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk